AO 451 (Rev. 01/09, MD 6/09)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Lickerish, Ltd., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 18-cv-3462-GLR |
| Gunaxin Media LLC ) | |
| *Defendant* ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* May 7, 2019.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: February 19, 2020

CLERK OF COURT

*Kay Owens*

Signature of Clerk or Deputy Clerk