

Joel B. Rothman
Board Certified in Intellectual Property Law
Direct: 561.404.4335
joel.rothman@sriplaw.com

February 26, 2020

**VIA FEDEX**
USDC CO - AAA Courthouse
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294

Re: Lickerish, Ltd. v. Gunaxin Media LLC & Mavrix Photo, Inc. v. Gunaxin Media LLC
United States District Court for the District of Maryland
Case Nos.: 1:18-cv-03462 and 1:18-cv-03463
Our File No.: 00355-0003 and 00363-0002

Dear Sir or Madam,

Enclosed please find two Clerk's Certification of a Judgment to be Registered in Another District to be filed with the District Court of Colorado for the above-referenced cases. Additionally, enclosed is our firm's check in the amount of $94 for the registration fee of $47 per Judgment.

Accordingly, please file the enclosed Judgments with the Court. It is my assumption that I will receive the filed copies through ECF. Please do not hesitate to contact me should you require further documentation or have any questions.

Thank you in advance for your assistance with this matter.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/jcj
Enclosures

1801 Century Park East | 21301 Powerline Road | 125 Maiden Lane | Main: 561.404.4350
Suite 1100 | Suite 100 | Suite 5C | Fax: 561.404.4353
Los Angeles, CA 90067 | Boca Raton, FL 33433 | New York, NY 10038 | www.sriplaw.com