## PROOF OF SERVICE

This writ of garnishment to Garnishee was served by me:

[X] I personally served the Writ of Garnishment on the individual at (place) Compliance Department Name.com on (date) 5/11/20 ; or

[ ] I left the Writ of Garnishment at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides on (date) _____, and mailed a copy to the individual's last known address; or

[ ] I served the Writ of Garnishment on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____ ; or

[ ] Other
(specify):

I declare under penalty of perjury that this information is true.

Date: 5/11/20

Brittney P——
Server's signature

Brittney Pierce
Printed name and title

130 W 5th Ave Denver, CO 80204
Server's address

Additional information regarding attempted service, etc: