# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

## CASE NO.: 1:20-rj-00004

LICKERISH, LTD., et al.,

      Judgment Creditor,

v.

GUNAXIN MEDIA LLC,

      Judgment Debtor.

## APPLICATION FOR WRIT OF EXECUTION

The Judgment Creditor, LICKERISH, LTD. by and through undersigned counsel, hereby makes application to the Clerk of the United States District Court to issue a Writ of Execution to Garnishee NAME.COM, INC. in the above case to satisfy a judgment against the judgment debtor(s) herein, GUNAXIN MEDIA LLC, for $543,822.66. The total amount of payments made by judgment debtor(s) on this judgment is $0.  The entire balance of the judgment that remains unsatisfied.

DATED: July 1, 2020                      Respectfully submitted,

*/s/  Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 POWERLINE ROAD, SUITE 100
BOCA RATON, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Judgment Creditor Lickerish, Ltd.*

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK