## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

### CASE NO.:  1:20-rj-00004

LICKERISH, LTD., et al.,

        Judgment Creditor,

v.

GUNAXIN MEDIA LLC,

        Judgment Debtor.

### WRIT OF EXECUTION

TO THE MARSHAL OF THE DISTRICT OF COLORADO:

YOU ARE HEREBY COMMANDED TO levy upon the property, goods, chattels, lands and tenements of the above named defendant GUNAXIN MEDIA LLC found in your district **in the possession of NAME.COM, INC., COMPLIANCE DEPARTMENT, 414 14TH STREET #200, DENVER, COLORADO 80202**, c/o Dessa Dal Porto, Esq., Assistant General Counsel, Donuts Inc., 10500 NE 8th Street, Suite 750, Bellevue, WA 98004, 425-298-1643, dessa@donuts.email, more particularly **all right, title and interest** consisting of general intangibles, contract rights, rights under any license, agreement, or contract, rights to use, transfer, sell or convey, **in and to the domain name GUNAXIN.COM** due to, in the name of, owed to, owned by, registered in the name, for the benefit of, held in trust for, or in the name of GUNAXIN MEDIA LLC the judgment-debtor.to enforce the payment of the judgment obtained against said defendant GUNAXIN MEDIA LLC, and in favor of the above-named plaintiff LICKERISH, LTD. in the principal sum of $543,822.66 including costs and excluding interest. The said judgment now remains unsatisfied on the records in this office.

YOU ARE FURTHER HEREBY COMMANDED TO make a return of this Writ of Execution, showing in what manner you have executed the same, and upon what property of the defendant GUNAXIN MEDIA LLC you have made levy and/or money received. Also you shall include your fees which shall be taxed as costs. And that you file your return of Writ with the Clerk of this Court within 90 days.

*CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

2

**PROOF OF SERVICE**

This writ of garnishment to Garnishee was served by me:

☐ I personally served the Writ of Garnishment on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the Writ of Garnishment at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the Writ of Garnishment on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ Other *(specify):*

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

3